ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DR. FRANCIS JONES,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA EX REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS SCHOOL OF DENTAL MEDICINE; DOES 1-10, AND ROE CORPORATIONS 1-10, INCLUSIVELY,<br><br>Defendants. | **Case No.: 2:16-cv-00949-RFB-NJK**<br><br>**DEFENDANT'S REQUEST TO VACATE AND RESCHEDULE EARLY NEUTRAL EVALUATION** |

Defendant, the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas School of Dental Medicine ("**SDM**"), by and through counsel, Elda M. Sidhu, Esq., General Counsel, and Debra L. Pieruschka, Esq., Assistant General Counsel, University of Nevada, Las Vegas School of Dental Medicine, Office of General Counsel, hereby submits, for good cause, its request to vacate and reschedule the Early Neutral Evaluation ("**ENE**") set for August 17, 2016 at 9:30 a.m.

This case relates to allegations of race and retaliation discrimination at SDM. A key representative of SDM whose presence is essential to improving the ENE session and addressing

1

1 Plaintiff's allegations and SDM's defenses is Dr. Karen West, Dean of SDM.  Upon receipt of the
2 Order Scheduling the ENE, Dean West advised she is unable to change her schedule as the Court
3 requested because she is out of the country in Scotland from August 16, 2016 through August 24,
4 2016 on personal business.  Dean West is unable to cancel this already scheduled and booked
5 engagement.

6 As such, SDM respectfully requests this Court, for good cause, vacate and reschedule the
7 ENE for any time after August 25, 2016 through the end of September 2016, **except** for September
8 7-9, 2016 (pre-existing engagement in New York for Dr. Michael Sanders, another key
9 representative of SDM) and September 16, 2016 (white coat ceremony for first year dental
10 students requiring all SDM faculty to be present).

11 Based on the foregoing, SDM submits good cause exists and requests this Court reschedule
12 the ENE to ensure the presence of key individuals to support the utility and purpose of the ENE
13 session.

14 DATED:  JUNE 28, 2016.

16 /S/ DEBRA L. PIERUSCHKA
ELDA M. SIDHU
17 General Counsel
Nevada Bar No. 7799
18 DEBRA L. PIERUSCHKA
Assistant General Counsel
19 Nevada Bar No.  10185
UNIVERSITY OF NEVADA, LAS VEGAS
20 4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
21 Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
22 *Attorneys for Defendant*

23 **IT IS ORDERED** that the ENE currently scheduled for August 17, 2016, is **VACATED**
24 and **CONTINUED** to September 15, 2016, at 1:30 p.m., in Chambers, Room 3071.
**IT IS FURTHER ORDERED** that confidential ENE statements are due to Chambers,
25 Room 3071, no later than 4:00 p.m., September 8, 2016.
**IT IS FURTHER ORDERED** that all other instructions within the original Order
26 Scheduling ENE (ECF No. 15) shall remain as is.

27 Dated: July 6, 2016
_____
28 Peggy A. Leen
United States Magistrate Judge

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 28TH day of JUNE, 2016, I served the foregoing **DEFENDANT'S REQUEST TO VACATE AND RESCHEDULE EARLY NEUTRAL EVALUATION** via the Court's CM/ECF Filing System, to the following:

    Daniel Marks, Esq.
    Christopher L. Marchand, Esq.
    LAW OFFICE OF DANIEL MARKS
    610 South Ninth Street
    Las Vegas, Nevada  89101
    office@danielmarks.net
    *Attorney for Plaintiff*

                        /S/   SHEENA M. CLOW
                        An employee of the Office of General Counsel
                        University of Nevada, Las Vegas