ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DR. FRANCIS JONES,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA EX REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS SCHOOL OF DENTAL MEDICINE; DOES 1-10, AND ROE CORPORATIONS 1-10, INCLUSIVELY,<br><br>Defendants. | **Case No.: 2:16-cv-00949-RFB-NJK**<br><br>**DEFENDANT'S REQUEST TO VACATE AND RESCHEDULE EARLY NEUTRAL EVALUATION** |

Defendant, the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas School of Dental Medicine ("**SDM**"), by and through counsel, Elda M. Sidhu, Esq., General Counsel, and Debra L. Pieruschka, Esq., Assistant General Counsel, University of Nevada, Las Vegas School of Dental Medicine, Office of General Counsel, hereby submits, for good cause, its request to vacate and reschedule the Early Neutral Evaluation ("**ENE**") reset for September 15, 2016 at 1:30 p.m.

At the time SDM sent its initial request, September 15, 2016 was a viable option. Since SDM is part of the self-funded Tort Claims Fund, managed by State of Nevada, Office of Attorney

1  General, Nancy L. Katafias, Tort Claims Manager, is a representative that must be present for all
2  potential settlement discussions.  Upon receipt of the Order Scheduling the ENE, Ms. Katafias
3  informed us that she is unable to change her schedule as she has an existing settlement conference
4  that she is unable to cancel.  I have conferred with all SDM representatives and Ms. Katafias, and
5  they have the following dates available:  Sept 12, 14, 19, 21, 22, and 26, 2016.  As such, SDM
6  respectfully requests this Court, for good cause, vacate and reschedule the ENE for any of those
7  forgoing dates.

8  Based on the foregoing, SDM submits good cause exists and requests this Court reschedule
9  the ENE to ensure the presence of key individuals to support the utility and purpose of the ENE
10  session.

DATED:  JULY 11, 2016.

/S/ DEBRA L. PIERUSCHKA
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No.  10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for Defendant*

IT IS ORDERED that the settlement conference currently set for September 15, 2016, is VACATED and CONTINUED to **September 21, 2016, at 9:30 a.m.**, in Chambers, Room 3071.

IT IS FURTHER ORDERED that confidential settlement statements are due to Chambers, Room 3071, no later than **4:00 p.m., September 14, 2016**.

IT IS FURTHER ORDERED that all other instructions within the original Order Scheduling ENE (ECF No. 15) still apply.

Dated: July 19, 2016

_____
Peggy A. Leen
United States Magistrate Judge

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11TH day of JULY, 2016, I served the foregoing **DEFENDANT'S REQUEST TO VACATE AND RESCHEDULE EARLY NEUTRAL EVALUATION** via the Court's CM/ECF Filing System, to the following:

Daniel Marks, Esq.
Christopher L. Marchand, Esq.
LAW OFFICE OF DANIEL MARKS
610 South Ninth Street
Las Vegas, Nevada  89101
office@danielmarks.net
*Attorney for Plaintiff*

/S/   SHEENA M. CLOW
An employee of the Office of General Counsel
University of Nevada, Las Vegas

3