1  ELDA M. SIDHU
   General Counsel
2  Nevada Bar No. 7799
   DEBRA L. PIERUSCHKA
3  Assistant General Counsel
   Nevada Bar No.  10185
4  LYNDA P. KING
   Assistant General Counsel
5  Nevada Bar No. 7047
6  UNIVERSITY OF NEVADA, LAS VEGAS
   4505 S. Maryland Parkway, Box 451085
7  Las Vegas, Nevada  89154-1085
   Telephone:  (702) 895-5185
8  Facsimile:  (702) 895-5299
   elda.sidhu@unlv.edu
9  debra.pieruschka@unlv.edu
10 lynda.king@unlv.edu
   *Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| DR. FRANCIS JONES, | Case No.: 2:16-cv-00949-RFB-NJK |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE** |
| THE STATE OF NEVADA EX REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS SCHOOL OF DENTAL MEDICINE; DOES 1-10, AND ROE CORPORATIONS 1-10, INCLUSIVELY, | |
| Defendants. | |

Debra L. Pieruschka, Esq., hereby files this Motion to Remove Counsel from Electronic Service List and Request for Discontinuation of Notice.

Debra L. Pieruschka, Esq., Assistant General Counsel, University of Nevada, Las Vegas, Office of General Counsel, represented Defendant the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas School

1

1  of Dental Medicine ("**SDM**" or "**Defendant**") in this matter. It is no longer necessary that Debra L.
2  Pieruschka, Esq., receive electronic notice in this matter. Elda M. Sidhu, General Counsel, and
3  Lynda P. King, Assistant General Counsel, continue to represent the Defendant and should
4  continue to receive notice and remain on the electronic notice list.
5        Therefore, Debra L. Pieruschka, Esq., requests discontinuation of notice in these
6  proceedings and that she be removed from the electronic service list in this matter.
7        DATED: <u>FEBRUARY 22, 2016</u>.

          /S/   DEBRA L. PIERUSCHKA
          ELDA M. SIDHU
          General Counsel
          Nevada Bar No. 7799
          DEBRA L. PIERUSCHKA
          Assistant General Counsel
          Nevada Bar No. 10185
          LYNDA P. KING
          Assistant General Counsel
          Nevada Bar No. 7047
          UNIVERSITY OF NEVADA, LAS VEGAS
          4505 S. Maryland Parkway, Box 451085
          Las Vegas, Nevada  89154-1085
          Telephone:  (702) 895-5185
          Facsimile:  (702) 895-5299
          *Attorneys for Defendants*

18  IT IS SO ORDERED.
19  Dated: February 23, 2017

          _____
          NANCY J. KOPPE
          United States Magistrate Judge