ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
LYNDA P. KING
Assistant General Counsel
Nevada Bar No. 7047
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
lynda.king@unlv.edu
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DR. FRANCIS JONES,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA EX REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS SCHOOL OF DENTAL MEDICINE; DOES 1-10, AND ROE CORPORATIONS 1-10, INCLUSIVELY,<br><br>Defendants. | **Case No.: 2:16-cv-00949-RFB-NJK**<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and among, Plaintiff, Dr. Francis Jones ("**Plaintiff**"), and Defendant, the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas School of Dental Medicine ("**SDM**" or "**Defendant**"), by and through their undersigned counsel of record, that the

/ / /

/ / /

/ / /

1

above-entitled action, in its entirety, be voluntarily dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DATED: NOVEMBER 9, 2017.

/S/ LYNDA P. KING
ELDA M. SIDHU
LYNDA P. KING
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

DATED: NOVEMBER 9, 2017.

/s/ DANIEL MARKS
DANIEL MARKS
TELETHA L. ZUPAN
LAW OFFICE OF DANIEL MARKS
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 386-0536
Facsimile: (702) 386-6812
*Attorney for Plaintiff*

## **ORDER**

IT IS SO ORDERED that the above-entitled case be dismissed with prejudice, with each Party to bear its own attorneys' fees and costs.

DATED this 13th day of NOVEMBER, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge